UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | DOCKET NO. 3:19CR288 |
| v. ) | |
| ) | **FACTUAL BASIS** |
| DARRELL MURPHY ) | |
| ) | |

NOW COMES the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of a plea in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea that the defendant will tender, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime. The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. On October 4, 2016, Federal Bureau of Investigation (FBI) Special Agent (SA) John Letterhos discovered an ad posted on the "Casual Encounters" section of Craigslist seeking a "mother/daughter pair" for a sexual relationship. The ad was in fact posted by DARRELL MURPHY.

2. Using an undercover email account and posing in an undercover capacity as "Beth," the purported mother of a 14-year-old girl named "Brittany," SA Letterhos responded to the ad and asked "what age u looking for?"[1]

3. "Beth" received a response back from an individual SA Letterhos later learned to be MURPHY and they began a series of communications of a sexual nature in which MURPHY revealed his interest in engaging in sexual acts with the 14-year-old girl.

---

[1] Hereinafter, in order to distinguish between the undercover personas of "Beth" and "Brittany," the factual basis will refer to the personas by their undercover names and refer to SA Letterhos as "SA Letterhos" only when he is acting in an overt capacity.

4.  Between October 4, 2016 and November 14, 2016, MURPHY and "Beth" chatted online and planned a sexual encounter between MURPHY and "Brittany."

5.  On November 14, 2016, MURPHY and "Beth" finalized the plan for MURPHY to travel from South Carolina to an apartment complex in Charlotte, North Carolina where MURPHY planned to meet "Brittany" for sex on November 15.

6.  On November 15, 2016, MURPHY traveled from South Carolina to the apartment complex in Charlotte, North Carolina for the purpose of engaging in illicit sexual conduct and with the intent to have sexual intercourse and engage in oral sex with "Brittany," who he believed to be a 14-year-old girl. On that day, MURPHY was 33 years old.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

*[signature]*

David A. Thorneloe
ASSISTANT UNITED STATES ATTORNEY

### Defendant's Counsel's Signature and Acknowledgment

I have read this Factual Basis and the Bill of Indictment in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis and the Bill of Indictment. I hereby certify that the defendant does not dispute this Factual Basis.

*[signature]*        DATED 10/8/2020

Kevin A. Tate, Attorney for Defendant

2